JB:JL
F.#2007R00730

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

**UNITED STATES OF AMERICA**

v.

**KEVIN MCMAHON,**

Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER: **08 CR 164 (JBW)**

I, <u>Kevin McMahon</u>, the above named defendant, who is accused of

racketeering conspiracy with predicate acts of jury tampering and felony murder charged in information number 08 CR 164 (JBW).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 19, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

3/19/08

COURT EXHIBIT
cr 08-164
2