CRIMINAL CAUSE FOR PLEADING OR REPLEADING    Sealed

BEFORE JUDGE: **WEINSTEIN, L**   DATE: 3/19/08   TIME: 12:00w

DOCKET NUMBER: CR-08-164   TITLE: USA-v- McMahan

DEFT. NAME: Kevin McMahan   DEFT. #: _____
  _ Present, _ Not Present, _ In Custody, _ On Bail
  ATTY. FOR DEFT.: Stuart Grossman   _ C.J.A.
  _ Present, ✓ Not Present   _ RETAINED
  _ L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: _____
  _ Present, _ Not Present, _ In Custody, _ On Bail
  ATTY. FOR DEFT.: _____   _ C.J.A.
  _ Present, _ Not Present   _ RETAINED
  _ L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: _____
  _ Present, _ Not Present, _ In Custody, _ On Bail
  ATTY. FOR DEFT.: _____   _ C.J.A.
  _ Present, _ Not Present   _ RETAINED
  _ L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: _____
  _ Present, _ Not Present, _ In Custody, _ On Bail
  ATTY. FOR DEFT.: _____   _ C.J.A.
  _ Present, _ Not Present   _ RETAINED
  _ L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: _____
  _ Present, _ Not Present, _ In Custody, _ On Bail
  ATTY. FOR DEFT.: _____   _ C.J.A.
  _ Present, _ Not Present   _ RETAINED
  _ L.A.S.(PD)

ASST. U.S. ATTORNEY: Joey Lipton   DEPUTY CLERK: J. Cowe
COURT REPORTER(S): A. Sherman   ESR OPERATOR: _____
INTERPRETER(S): _____   OTHER: _____

Docket Clerks: Enter all information under CALCALLH, then enter other vital events names as needed.

___  First Appearance of Deft(s): _____ (DFTFSTAPR
✓   Case called.  (CALCALLH)
___  Adjourned to: _____
✓   Deft(s) _____ sworn, arraigned, informed of rights
✓   Deft(s) _____ waive trial before District Court.

| | |
|---|---|
| _____ | Deft(s) _____ states true name(s) to be: |
| | _____ |
| _____ | Waiver of Indictment executed for deft(s) _____ (WVINDI |
| _____ | Superseding Indictment filed for deft(s) _____ (INDIS |
| _____ | Superseding Information filed for deft(s) _____ (INFOS |
| _____ | Deft(s) _____ failed to appear; BENCH WARRANT ISSUED |
| ✓ | Deft(s) _____ enters GUILTY PLEA to Cts. _____ |
| | _____ of ~~(Superseding) Indictment~~/Information. (PLG) |
| _____ | Deft(s) _____ WITHDRAWS Not Guilty Plea and |
| | enters GUILTY PLEA on Cts. _____ of the |
| | (Superseding) Indictment/Information. (WDPLNG ther |
| _____ | Court finds factual basis for the plea. |
| _____ | Deft(s) _____ enters NOT GUILTY PLEA. ( |
| _____ | Deft(s) _____ enters NOLO CONTENDERE PLEA. (P |
| _____ | BAIL set at _____ for Deft(s) _____. (B |
| _____ | BAIL continued for deft(s) _____. (B |
| ✓ | Deft(s) _____ continued in custody. (LUS |
| _____ | Deft(s) _____ continued on present bond. |
| _____ | Case ADJOURNED to _____ for _____. |
| _____ | JURY SELECTION for deft(s) _____ |
| |     set for _____ (JYSE |
| |     TRIAL set for _____ (T |
| _____ | SENTENCING for deft(s) _____ |
| |     set for _____ at _____. |
| _____ | SPEEDY TRIAL info for deft(s) _____ |
| |     Code Type: X- ____ Start Date: _____ ( |
| |                      Stop Date: _____ |
| | _____ Order/Waiver Executed & filed. ____ Ent'd on Record |

OTHER: _____
_____