**Newsday**

235 Pinelawn Road
Melville, New York 11747
tel: 516-458-2393
FAX: 718-624-4101
email address:
riley@newsday.com

**John Riley**
Reporter

July 26, 2010

U.S. District Judge Jack Weinstein
Eastern District of New York
Brooklyn, NY

Judge Weinstein:

I am a reporter for Newsday. The purpose of this letter is to request the unsealing of all documents in the case of U.S. v. John Doe, 08CR164.

John Doe is, I believe, Kevin McMahon. You sentenced Mr. McMahon on July 20. The courtroom was, apparently, not sealed by whoever made the representations that led to the case file being sealed. The New York Daily News wrote a story about the sentencing on July 24.

The case file should no longer be sealed. All documents that are a part of it should be unsealed.

Thank you for your attention to this request.

Yours truly,

John Riley
Newsday