15 mins

## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE __WEINSTEIN__ DATE: __4/20/10__ TIME __11:00 am__

DOCKET NUMBER: __CR08-164__ TITLE __U.S.A. -v- McMahon__

DEFT. NAME: __Kevin McMahon__ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: __Stuart Grossman__
_✓_Present ___Not Present

DEFT. NAME:_____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT:_____
___Present ___Not Present

DEFT. NAME_____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT:_____
___Present ___Not Present

DEFT. NAME_____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT:_____
___Present ___Not Present

DEFT. NAME_____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT:_____
___Present ___Not Present

ASST. U.S. ATTORNEY __Evan Norris__ DEPUTY CLERK: __JUNE LOWE__

COURT REPORTER __V. Butler__ ESR REPORTER_____

INTERPRETER_____ OTHER_____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

_✓_ Case called.

_____ PTC Held. _____ PTC ADJOURNED TO_____ at_____

_____ Pretrial Order signed.

___✓___ MOTION CONFERENCE held on _Newsday's_
motion ~~to~~/for _un-sealing of documents_
Arguments heard

        _____ Motion granted.      (MOTGR___)

        ___✓___ Motion denied.      (MOTDN___)

        _____ Decision RESERVED.

        _____ Decision ENTERED ON THE RECORD.

        _____ Hearing adjourned to _____

_No one from the press office appeared for the hearing._

_____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____    Start Date:_____

                                    Stop Date:_____

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER: